FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.  (SBN: 155175)
ANN MARIE FRIEND, ESQ.   (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
Narkyitta Bradley

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| IN RE:<br><br>Narkyitta Bradley<br><br>    Debtor. | Case No: 09-25638<br>Chapter: 7<br><br>DC No.: FW:08<br><br>Date: August 11, 2010<br>Time: 10:30 a.m.<br>Place: 1200 I Street<br>       Suite 4<br>       Modesto, CA |

### MOTION TO ABANDON PERSONAL PROPERTY – DEBTOR'S BUSIENSS

    Debtor, Narkyitta Bradley, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtor's business, a sole proprietorship known as "New Attitude Hair Design," for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

    This motion is supported by the Notice and Declaration of the Debtor, and is based upon Federal Rules of Bankruptcy Procedure, Rule 6007(b).  This motion is also based upon the following facts, all of which are stated in the Declaration of Debtor filed in support of this motion:

Motion to Avoid Lien

The Debtor's business, New Attitude Hair Design, consists of the following property:

A. Four dryer chairs, three dryers, two shampoo bowls, three stations with chairs, three mirrors and lounge, curling irons, blow dryer, three floor mats, accessories, shampoos, and conditioners.

B. Good will of no more than $2,000.00.

The debtors exempted all of the property listed above, plus an additional $2,000.00 to cover any good will or overlooked assets.

My attorney will send the Chapter 7 Trustee copies of my 2008 & 2009 Personal and Business income tax returns. Tax returns show the Business made a gross income of $27,755.00, with Business expenses totaling $16,818.00, and a net business income of $10,937.00 for 2009.

Tax returns show the Business made a gross income of $27,516.00, with Business expenses totaling $16,335.00, and a net business income of $11,181.00 for 2008.

Based on these facts and applicable law, the debtors allege that this property is of no value, or at most, of inconsequential value to the estate.

Therefore, the Debtors respectfully request the Court grant this motion to compel abandonment.

RESPECTFULLY SUBMITTED:

DATED: July 7, 2010

                                **FRIEND & WALTON**
                                **A PROFESSIONAL LAW CORPORATION**

                                /s/ Randy K. Walton Esq
                                **RANDALL K. WALTON, ESQ., Attorney for debtor Narkyitta Bradley**

Motion to Avoid Lien